LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop Flores Street, Ste. 200
Hagåtña, Guam 96910-5189
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: Plaintiff

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| AXE MURDERER TOURS GUAM, INC., | ) | CIVIL ACTION NO. 18-00030 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **CORPORATE DISCLOSURE** |
| UNITED STATES DEPARTMENT OF AIR FORCE, | ) | **STATEMENT** |
| | ) | **(FRCP RULE 7.1)** |
| Defendant. | ) | |

Plaintiff **AXE MURDERER TOURS GUAM, INC.** is a Guam corporation with its principle place of business in Guam. It has no parent corporation or any publicly held corporation owning ten percent (10%) or more of its stock.

CUNLIFFE & COOK
A Professional Corporation
Attorneys for Plaintiff
Axe Murderer Tours Guam, Inc.

Date: Aug 8, 2018

By _____
JEFFREY A. COOK, ESQ.